UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DENISE MOLINA,

    Plaintiff,

v.                                       CASE NO: 8:04-cv-2758-T-23MAP

JO ANNE B. BARNHART,

    Defendant.
_____/

## ORDER

    United States Magistrate Judge Mark A. Pizzo submits a report and recommendation (Doc. 20) on the defendant's motion to dismiss the plaintiff's complaint.  Neither party files an objection to the report and recommendation, and the time to file objections has expired.  Accordingly, the Magistrate Judge's report and recommendation is **ADOPTED**.  The defendant's motion (Doc. 15) to dismiss is **GRANTED** and the case is **DISMISSED**.  The Clerk is directed to (1) terminate any pending motion and (2) close the file.

    ORDERED in Tampa, Florida, on January 18, 2006.

                                                                 STEVEN D. MERRYDAY
                                                                 UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
        Courtroom Deputy